# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY E. PRICE<br>*Plaintiff, pro se*<br><br>v.<br><br>COMMONWEALTH CHARTER<br>ACADEMY - CYBER SCHOOL<br>*Defendant* | CIVIL ACTION<br><br>NO. 17-5790 |

# ORDER

**AND NOW,** this 12th day of September 2019, upon consideration of Defendant's *motion for summary judgment*, [ECF 33], Plaintiff's *motion for summary judgment*,[1] [ECF 34], and all documents filed in connection therewith, [ECF 38, 39, 45-47],[2] it is hereby **ORDERED** as follows:

1. Plaintiff's retaliation claim at Count IV is **DISMISSED** for lack of subject-matter jurisdiction;

2. Plaintiff's motion for summary judgment, [ECF 34], is **DENIED**;

3. Defendant's motion for summary judgment, [ECF 33], is **GRANTED**; and

4. Plaintiff's motion to introduce additional evidence, [ECF 34-1], is **DENIED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The Court is treating Plaintiff's memorandum in support summary judgment on the administrative and supplemental record, [ECF 34], as a motion for summary judgment.

[2] These documents include the parties' respective responses to the summary judgment motions, [ECF 38, 39], the parties' Court-ordered supplemental briefs concerning Plaintiff's retaliation claim, [ECF 45, 46], and Plaintiff's response to Defendant's supplemental brief. [ECF 47].